U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 OCT -4 PM 4: 54

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:18-CR-12 |
| ) | |
| RANDY SHELTRA, ) | |
| Defendant. ) | |

### FIRST SUPERSEDING INDICTMENT

#### COUNT ONE

The Grand Jury charges:

From on or about September 7, 2017, through on or about September 10, 2017, in the District of Vermont, the defendant, RANDY SHELTRA, using any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

(18 U.S.C. § 2422(b))

COUNT TWO

The Grand Jury charges:

From on or about August 20, 2017, through on or about August 31, 2017, in the District of Vermont, the defendant, RANDY SHELTRA, using any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual, E.R., who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

(18 U.S.C. § 2422(b))

A TRUE BILL

FOREPERSON

_Christina E. Nolan_ (BAM)
CHRISTINA E. NOLAN
United States Attorney

October 4, 2018
Burlington, Vermont